**DISMISSED and Opinion Filed December 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01201-CV

**CITY OF GRAND PRAIRIE, Appellant**
**V.**
**73 QUAIL RIDGE, LP, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-03387**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is the parties' December 6, 2016 joint agreed motion to dismiss the appeal. In the motion, the parties state they have "resolved the claims" between them and "will file appropriate dismissal motions disposing of all matters in dispute" in the underlying trial court proceeding. The parties request that the Court dismiss the appeal and remand the case to the trial court "for completion of the dismissal process."

We **GRANT** the motion, **DISMISS** the appeal, and **REMAND** this cause to the trial court to effectuate the parties' agreement. TEX. R. APP. P. 42.1(a)(2).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

161201F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CITY OF GRAND PRAIRIE, Appellant

No. 05-16-01201-CV      V.

73 QUAIL RIDGE, LP, ET AL., Appellees

On Appeal from the 68th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-15-03387.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**. The cause is **REMANDED** to the trial court for further proceedings.

It is **ORDERED** that appellees 73 QUAIL RIDGE, LP, ET AL. recover their costs of this appeal, if any, from appellant CITY OF GRAND PRAIRIE.


Judgment entered December 12, 2016.